**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TEMUR AKHMEDOV,

        Petitioner,

     v.

UNITED STATES OF AMERICA,

        Respondent.

No.    CV 26-1094 PA

JUDGMENT

Pursuant to the Court's April 30, 2026 Order granting the Motion to Dismiss the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") filed by petitioner Temur Akhmedov,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss the Petition is granted for failure to exhaust administrative remedies.  Accordingly, the Petition is denied and the action dismissed with prejudice.

DATED: April 30, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE